IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02496-PAB-KMT

DARRYL J. JEFFERSON,

    Plaintiff,

v.

NATIONAL AMERICAN UNIVERSITY, and
CHARLENE FIELDS, individually and in her official capacity as former Director of
NATIONAL AMERICAN UNIVERSITY Denver Campus,

    Defendants.

# ORDER

This matter is before the Court on a letter dated January 26, 2012 filed by plaintiff in this action [Docket No. 6]. In his letter, plaintiff requests that the Court "sever the above the case and dismiss the summons against defendant Charlene Fields, without prejudice, as the defendant could not be located." Docket No. 6 at 1. Although plaintiff references a severance of this case, the Court interprets plaintiff's letter as a notice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A) voluntarily dismissing this action in its entirety without prejudice as to Charlene Fields. Despite Rule 41(a)(1)'s reference to the dismissal of an "action," the weight of authority permits a dismissal of all claims pursuant to Rule 41(a)(1)(A) against fewer than all defendants. *See Montoya v. FedEx Ground Package System, Inc.*, 614 F.3d 145, 148 (5th Cir. 2010); *Blaize-Sampeur v. McDowell*, 2007 WL 1958909, at *2 (E.D.N.Y. June 29, 2007) (noting that, although the Second Circuit had previously stated otherwise, it had "since adopted the approach of

the majority of courts in other circuits – that is, that Rule 41(a) does not require dismissal of the action in its entirety" and permits dismissal of all claims as to a single defendant).  Upon the filing of plaintiff's letter [Docket No. 6], this action was dismissed without prejudice as to defendant Charlene Fields.  Therefore, it is

**ORDERED** that, to the extent plaintiff intended his letter dated January 26, 2012 [Docket No. 6] to be a motion requesting the issuance of a court order, it is deemed moot.  It is further

**ORDERED** that plaintiff's future filings must comply with the Local Rules, *see, e.g.*, D.C.COLO.LCivR 10.1E ("Spacing"), 10.1J ("Caption"), 10.1K ("Signature Block").

DATED January 31, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge